In the Matter of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Respondents, Relative to Acquiring Real Property Required for the Purpose of Furnishing a Water Supply for the City of New York.

ELEANOR ISELIN et al., Appellants.

Argued April 9, 1941; decided April 24, 1941.

*Harrison T. Slosson* and *Edward P. Barrett* for appellants.
*William C. Chanler, Corporation Counsel (Henry R. Bright* and *Theodore R. Lee* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and RIPPEY, J.